Ellis v Town of E. Hampton, N.Y. (2025 NY Slip Op 01079)

Ellis v Town of E. Hampton, N.Y.

2025 NY Slip Op 01079

Decided on February 26, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 26, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
PAUL WOOTEN
DEBORAH A. DOWLING
LAURENCE L. LOVE, JJ.

2021-03908
2021-03909
 (Index No. 39825/10)

[*1]Harry J. Ellis, etc., appellant, 
v
Town of East Hampton, New York, respondent, et al., defendants.

Jordan & LeVerrier, P.C., East Hampton, NY (Dianne K. LeVerrier of counsel), for appellant.
Devitt Spellman Barrett, LLP, Smithtown, NY (Scott J. Kreppein of counsel), for respondent and defendants William Wilkinson, Larry Penny, and East Hampton Town Natural Resources Department.
In an action, inter alia, pursuant to RPAPL article 15 to quiet title to real property, the plaintiff appeals from (1) an order of the Supreme Court, Suffolk County (Sanford Neil Berland, J.), dated December 21, 2020, and (2) an order of the same court (Kathy G. Bergmann, J.) dated April 16, 2021. The order dated December 21, 2020, denied the plaintiff's motion for summary judgment on the complaint and granted the cross-motion of the defendant Town of East Hampton, New York, for summary judgment declaring that the defendant Town of East Hampton, New York, is the sole owner of, and the plaintiff has no ownership interest or prescriptive easement in, the subject real property. The order dated April 16, 2021, determined that the order dated December 21, 2020, disposed of the action.

DECISION & ORDER
Motion by the respondent and the defendants William Wilkinson, Larry Penny, and East Hampton Town Natural Resources Department, inter alia, to dismiss the appeal from the order dated December 21, 2020, on the ground that it has been vacated and the right of direct appeal from that order terminated upon entry in the above-entitled action of the judgment. By decision and order on motion dated October 30, 2023, that branch of the motion which is to dismiss the appeal from the order dated December 21, 2020, was held in abeyance and referred to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.
Upon the papers filed in support of the motion and the papers filed in opposition thereto, and upon the argument of the appeal, it is
ORDERED that the branch of the motion which is to dismiss the appeal from the order dated December 21, 2020, is granted; and it is further,
ORDERED that the appeals from the orders dated December 21, 2020, and April 16, 2021, are dismissed as academic, without costs or disbursements.
The appeals from the orders dated December 21, 2020, and April 16, 2021, have been rendered academic by a subsequent order dated September 9, 2021, which vacated the December 21, 2020 order (see Matter of Winona Pi., 86 AD3d 542).
CONNOLLY, J.P., WOOTEN, DOWLING and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court